FILED

JAN    2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20 CR 0197 JLS |
| v. | |
| ANTHONY JOE COCO, | INFORMATION |
| Defendant. | Title 18, U.S.C., Section 1343 – Wire Fraud |

The United States Attorney charges, at all times material:

### Background

1. In and around 2012, Defendant was a Chief Petty Officer with the United States Navy and served in the Explosives Ordinance Disposal, Expeditionary Support Unit-1 (EOD-ESU1). During this time, CHRISTOPHER TOUPS (charged elsewhere) also worked as a Chief Petty Officer in the same command. KELENE MEYER (also known as Kelene McGrath or Jaqueline Toups) (charged elsewhere) was a nurse employed by the Navy; she was also married to TOUPS. MICHAEL VILLARROEL (charged elsewhere) was a Navy medical doctor who was also assigned to EOD-ESU1 during this time. By 2014, Defendant had moved to a different command, but remained an acquaintance of TOUPS.

2. During this period, the Traumatic Servicemembers Group Life Insurance program (TSGLI) provided short-term financial assistance to severely injured Navy and other U.S. military servicemembers and veterans to assist them in their recovery from traumatic injuries. TSGLI provided tax-free, lump-sum payments of up to $100,000,

depending on the type and severity of injury.

## The Scheme to Defraud

3. In and around 2014, defendant ANTHONY JOE COCO devised and intended to devise a scheme to defraud TSGLI, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by submitting false claims for TSGLI benefits.

## Manner and Means

4. It was part of the scheme that:

    a. In approximately 2014, TOUPS told Defendant about the TSGLI program, and offered to prepare a fraudulent claim on Defendant's behalf as part of a scheme to defraud TSGLI. After TOUPS recruited Defendant for several months, Defendant agreed to participate in the scheme by submitting a false TSGLI application and sharing the proceeds.

    b. In around April 2014, TOUPS prepared a materially false TSGLI application in which he reported that on June 18, 2005, Defendant fell to the ground from a piece of equipment that was loaded on a trailer while he was stationed in Sasebo, Japan. The application falsely reported that Defendant fractured both ankles upon hitting the ground, and the injury required casts to both legs for about 12 weeks, followed by physical therapy; it further reported that Defendant was confined to a wheelchair during his recovery. As part of the application, VILLARROEL falsely reported that as a result of the traumatic injury, Defendant was non-weight bearing to both ankles and required assistance with the activities of daily living (including bathing, toileting and personal hygiene, and transferring from bed to a seated position) for more than four months. MEYER provided fabricated medical records to support these fraudulent claims.

    c. On around April 7, 2014, Defendant knowingly authorized TOUPS to submit this materially false application to TSGLI on his behalf, to support his fraudulent claim for benefits.

   d.   Defendant did not suffer a traumatic injury on June 18, 2005 as claimed. In reality, in around 2008, Defendant sustained a minor injury to his right knee after his motorcycle fell over. This injury did not require medical attention and did not result in any loss of the activities of daily living. The story reported in Defendant's TSGLI claim was a fabrication.

   e.   Relying on the false information and fraudulent supporting records Defendant submitted, TSGLI approved Defendant's claim and paid $100,000 in benefits on around April 24, 2014. The money was delivered by interstate wire transfer directly into Defendant's personal bank account.

   f.   The next day, April 25, 2014, Defendant withdrew $50,000 cash, which he in turn paid to TOUPS as a kickback for TOUPS's assistance in preparing the fraudulent TSGLI application. Shortly thereafter, Defendant paid TOUPS an additional $15,000 cash, for a total kickback of $65,000. Defendant withdrew the money in cash and, at TOUPS's instructions, delivered it in increments, in order to conceal these illicit payments.

## Use of the Wires

5.   On or about April 24, 2014, in the Southern District of California and elsewhere, for the purpose of executing an essential part of the scheme described above, and attempting to do so, defendant ANTHONY JOE COCO caused to be transmitted by means of interstate wire communication a $100,000 wire payment from TSGLI, located in Millington, Tennessee, to Defendant's personal bank account.

All in violation of Title 18, United States Code, Section 1343.

ROBERT S. BREWER, JR.
United States Attorney

DATED: 1/14/2020

EMILY W. ALLEN
ANDREW J. GALVIN
Assistant U.S. Attorneys